# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONY FRANULOVICH, <br><br> Plaintiff, <br><br> vs. <br><br> MARKEL AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No.: C18-1060 RSM <br><br> ORDER EXTENDING DEADLINES |

This matter comes before the Court upon the foregoing stipulation of the Parties requesting an extension of the deadlines (i) for exchanging Initial Disclosures pursuant to FRCP 26(a)(1), and (ii) for filing the Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and LR 26(f).

For good cause shown, the deadline for exchanging Initial Disclosures be extended for thirty (30) days to September 24, 2018, and the deadline for filing the Combined Joint Status Report and Discovery Plan for thirty (30) days to October 5, 2018.

//

ORDER - 1

Karlberg & Associates PLLC
432 Bakerview Rd., Suite 101
Bellingham, WA 98225
Telephone (360) 325-7774
ken@karlberglaw.com

Dated this 23rd day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*/s/ Kenneth L. Karlberg*
Kenneth L. Karlberg, WSBA #18781
Karlberg & Associates, PLLC
Attorneys for Plaintiff Franulovich

*/s/ Mark G. Beard*
Mark G. Beard, WSBA #11737
Lane Powell PC
Attorneys for Markel American Insurance Company

Karlberg & Associates PLLC
432 Bakerview Rd., Suite 101
Bellingham, WA 98225
Telephone (360) 325-7774
ken@karlberglaw.com